FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 0 2001

at \_\_\_ o'clock and \_\_\_ min \_\_\_ M
WALTER A. Y. H. CHINN, CLERK

ELLIOT ENOKI
United States Attorney
District of Hawaii

THOMAS J. BRADY
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00394 SOM |
| Plaintiff, | ) | FIRST SUPERSEDING INDICTMENT |
| v. | ) | [21 U.S.C. §§ 846, 841(a)(1); 18 U.S.C. § 2] |
| HAROLD OTTO MUNS,          (01), | ) | |
| JAMES MICHAEL MUNS,        (02), | ) | |
| FRANK GUTIERREZ,           (03), | ) | |
| BORTI PETRICH,             (04), | ) | |
| EVERETT GALISA,            (05), | ) | |
| Defendants. | ) | |

FIRST SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about March 12, 1998, to and including March 13, 1998, in the District of Hawaii, HAROLD OTTO MUNS, JAMES MICHAEL MUNS, FRANK GUTIERREZ, and EVERETT GALISA did knowingly and intentionally possess with intent to distribute in excess of 100 grams, to wit, approximately twenty (20) pounds of

ATTEST: A True Copy
WALTER A.Y.H. CHINN
Clerk, United States District
Court, District of Hawaii

By _____
                        Deputy

methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 2

The Grand Jury further charges that:

From a date unknown, but from at least November, 1996, to on or about July 19, 1999, within the District of Hawaii and elsewhere, HAROLD OTTO MUNS, JAMES MICHAEL MUNS, FRANK GUTIERREZ, BORTI PETRICH, and EVERETT GALISA, defendants herein, and Aneterea Tupuola, aka "Jay," and Aloalii T. TooToo, who are not charged in this indictment, did conspire with each other and others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute in excess of 100 grams of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### MANNER AND MEANS OF ACCOMPLISHING THE CONSPIRACY

1.  The methamphetamine, its salts, isomers and salts of its isomers, distribution organization consisted of the named defendants and others. Some of the named defendants provided the methamphetamine, its salts, isomers and salts of its isomers, while other defendants assisted in the transportation of the methamphetamine, its salts, isomers and salts of its isomers,

from California to Hawaii. A third level of named defendants supported the organization by distributing the methamphetamine, its salts, isomers and salts of its isomers, within the State of Hawaii.

2. Throughout 1996 and 1999, in the Los Angeles area of California, HAROLD OTTO MUNS and JAMES MICHAEL MUNS obtained powdered methamphetamine, its salts, isomers and salts of its isomers, from others.

3. The processing of the methamphetamine, its salts, isomers and salts of its isomers, to crystal methamphetamine, commonly referred to as "ice," would be facilitated by the MUNS brothers and others, who would then contract with other individuals to transport the methamphetamine, its salts, isomers and salts of its isomers, via personal courier to the State of Hawaii.

4. Once the methamphetamine, its salts, isomers and salts of its isomers, was ready for transport, FRANK GUTIERREZ, BORTI PETRICH, and others would receive the methamphetamine, its salts, isomers and salts of its isomers, in California and transport the drugs secreted in their personal luggage to Hawaii. Once in Hawaii, the drugs would be re-distributed for sale by Aneterea Tupuola, aka "Jay," Aloalii T. Tootoo, and others.

5. From November, 1996, through and including July 19, 1999, HAROLD OTTO MUNS, JAMES MICHAEL MUNS, FRANK GUTIERREZ,

BORTI PETRICH, and EVERETT GALISA, and others distributed over 100 pounds of methamphetamine, its salts, isomers and salts of its isomers, in Hawaii per year.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects thereof, the following overt acts were committed in the District of Hawaii and elsewhere by members of the conspiracy:

1) On or about November, 1997, in Honolulu, Hawaii, HAROLD OTTO MUNS and JAMES MICHAEL MUNS delivered approximately five (5) pounds of methamphetamine, its salts, isomers and salts of its isomers, to Aneterea Tupuola, aka "Jay," and another associate while at the Kahala Mandarin Hotel.

2) On or about December 5 through December 9, 1997, HAROLD OTTO MUNS stayed at the Kahala Mandarin Hotel. During that time, HAROLD OTTO MUNS delivered approximately seven (7) pounds of methamphetamine, its salts, isomers and salts of its isomers, to another associate.

3) On or about December 6, 1997, in Honolulu, Hawaii, HAROLD OTTO MUNS rented a car from Dollar Rent A Car.

4) On or about January 13, 1998, both HAROLD OTTO MUNS and JAMES MICHAEL MUNS, stayed at the Kahala Mandarin Hotel. During that time, the MUNS brothers delivered approximately seven (7) pounds of methamphetamine, its salts, isomers and salts of its isomers, to another associate.

4

5)  On or about January 15, 1998, FRANK GUTIERREZ registered as a guest at the Kahala Mandarin Hotel.

6)  On or about January 23, 1998, BORTI PETRICH registered as a guest at the Kahala Mandarin Hotel.

7)  On or about January 30, 1998, both JAMES MICHAEL MUNS and FRANK GUTIERREZ registered as guests at the Kahala Mandarin Hotel.

8)  On or about February 8, 1998, JAMES MICHAEL MUNS stayed at the Kahala Mandarin Hotel. There, JAMES MICHAEL MUNS delivered approximately ten (10) pounds of methamphetamine, its salts, isomers and salts of its isomers, to an associate.

9)  On or about March 11, 1998, JAMES MICHAEL MUNS, through the use of the telephone, discussed the distribution of approximately twenty (20) pounds of methamphetamine, its salts, isomers and salts of its isomers, with another associate.

10) On or about March 12, 1998, EVERETT GALISA reserved a room at the Aston Waikiki Beach Tower Hotel.

11) On or about March 13, 1998, in Honolulu, Hawaii, JAMES MICHAEL MUNS rented a car from Budget Rent A Car.

12) On or about March 13, 1998, in Honolulu, Hawaii, JAMES MICHAEL MUNS picked up FRANK GUTIERREZ at the Honolulu International Airport in Honolulu, Hawaii.

13) On or about March 13, 1998, FRANK GUTIERREZ transported approximately twenty (20) pounds of methamphetamine,

its salts, isomers and salts of its isomers, from California to Honolulu, Hawaii.

All in violation of Title 21, United States Code, Section 846.

DATED: Oct. 10, 2001, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS J. BRADY
Assistant U.S. Attorney

United States v. Harold Otto Muns, et al.
"First Superseding Indictment"
Cr. No. 00-00394 SOM