FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 14 2005

at ___ o'clock and ___ min. ___ M

WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

JAMES MICHAEL MUNS,          )   CIV. NO. 04-587 SOM
                             )   CR. NO. 00-394 SOM
          Petitioner,        )
                             )
     vs.                     )   ORDER DENYING PETITION FOR WRIT
                             )   UNDER 28 U.S.C. § 2255 TO VACATE
                             )   AND SET ASIDE JUDGMENT OF
UNITED STATES OF AMERICA,    )   CONVICTION
                             )
          Respondent,        )
                             )
_____)


ORDER DENYING PETITION FOR WRIT UNDER 28 U.S.C. § 2255
TO VACATE AND SET ASIDE JUDGMENT OF CONVICTION


     The Ninth Circuit has held that challenges such as

those brought by Petitioner James Michael Muns based on Blakely

v. Washington, 542 U.S. ___ (2004), may not be brought by way of

petitions under 28 U.S.C. § 2255. See Cook v. United States, 386

F.3d 949 (9th Cir. 2004). This holding was in no way undermined

by United States v. Booker and United States v. Fanfan, Nos. 04-

104 and 04-105, 2005 WL 50108 (Jan. 12, 2005). Accordingly, the

petition is DENIED. The Clerk of Court is directed to terminate

this matter and to send this order to John Remis, Jr., Edmundo

Espinosa, and Thomas Brady.

     DATED: Honolulu, Hawaii; January 14, 2005.

                         Susan Oki Mollway
                         _____
                         SUSAN OKI MOLLWAY
                         UNITED STATES DISTRICT JUDGE